The Honorable Brian D. Lynch
Chapter 13
Hearing Date: December 18, 2019
Hearing Time: 1:30 pm
Location: Tacoma, Washington

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| IN RE: | NO. 19-43383-BDL |
| CHARLES EDWARD MAYS JR and DARLA JO MAYS,<br><br>Debtors. | DECLARATION OF ALLEN RICHARDSON IN SUPPORT OF PIERCE COUNTY'S OBJECTION TO CONFIRMATION OF PROPOSED CHAPTER 13 PLAN |

I, ALLEN RICHARDSON, declare that I am over the age of eighteen, have personal knowledge of the matters set forth below, and that I am competent to testify to the matters stated herein.

1. I am an employee of Pierce County's Division of Finance and Performance Management. The Division is responsible for the collection of real and personal property taxes. As a field agent, I assist the department in collecting these taxes. As part of my duties, I am a custodian of property tax records for Pierce County.

2. Attached as Exhibit 1 is a true and correct copy of the tax statement for the Debtors' real property located at 176 Tule Lake Road E, Tacoma, Washington. This exhibit indicates the total amount the Debtors owes for pre-petition taxes is $15,112.59. The Debtors must pay $336.17 per month during the course of this bankruptcy to pay these pre-petition taxes. This pre-petition monthly amount takes into account the applicable interest rate of 12%.

3. With regard to the post-petition taxes, the Debtors must pay $371.42 per month in order to pay the taxes that will come due over the course of this proceeding. This post-petition monthly amount is derived by taking the 2019 property tax, multiplying this amount by 110%, and dividing by 12.

7. I have reviewed the Debtors' Proposed Chapter 13 Plan (Document 2), and this Proposed Plan does not make adequate provision for payment of either the pre-petition or post-petition taxes.

I declare under penalty of perjury of the laws of the State of Washington the foregoing to be true and correct.

EXECUTED this 5th day of December, 2019, at Tacoma, Pierce County, Washington.

_____
ALLEN RICHARDSON

# EXHIBIT 1

To the Declaration of Allen Richardson



Pierce County Public Services Building
2401 South 35th Street Rm 142
Tacoma, WA 98409-7498
(253)798-6111
(800)992-2456 (outside local area, WA only)

Printed: 10/24/2019    2695004120

Parcel Number:    2695004120
**2019 Tax Information**
MAYS CHARLES & DARLA
176 TULE LAKE RD E
TACOMA WA  98445-1546

Printed By: ARICHAR

## Tax Property Description

Parcel Location:    176 TULE LAKE RD E
TAX AREA CODE:    515

Section 16 Township 19 Range 03 Quarter 12 BROOKDALE: BROOKDALE L 1 THRU 3 & E 15 FT OF 4 B 47 SUBJ TO EASE

### VALUE INFORMATION FOR 2019 TAX

| | |
|---|---|
| LAND: | $76,200 |
| IMPROVEMENTS: | $241,700 |
| TOTAL MARKET: | $317,900 |
| SENIOR FROZEN VALUE: | |
| QUALIFYING EXEMPTIONS: | |

## GENERAL TAX DISTRIBUTION
### THE 1% LIMIT HAS BEEN APPLIED

| | |
|---|---|
| Conservation Futures | $12.91 |
| County Tax | $344.94 |
| Fire | $435.00 |
| Flood | $24.24 |
| Library | $158.95 |
| Local School | $1,244.81 |
| Port | $58.30 |
| Road | $474.51 |
| State of Washington | $831.74 |
| Transit | $65.81 |
| **TOTAL GENERAL TAX DISTRIBUTION:** | **$3,651.21** |

$1,411.71 OF THE GENERAL TAX WAS APPROVED BY VOTERS

### 2019 Taxes

| | |
|---|---|
| **GENERAL PROPERTY TAX:** | $3,651.21 |
| ASSESSMENTS / CHARGES | |
| Fire Benefit Charge Principal | $263.42 |
| Pierce Conservation District Principal | $8.25 |
| Surface Water Management Principal | $127.32 |
| Weed Control Principal | $1.70 |
| **Total Assessments and Charges Due:** | **$400.69** |
| **2019 ORIGINAL TAX AMOUNT DUE:** | **$4,051.90** |

. . . . . . DELINQUENCY DUE SECTION . . . . . .

| | TAXES | INT/PEN TO OCT 31 | TOTAL |
|---|---|---|---|
| 2019 | | $0.00 | $0.00 |
| 2017 | 4,280.84 | $1,741.36 | $6,022.20 |
| 2016 | 2,012.50 | $880.79 | $2,893.29 |
| 2015 | 2,437.06 | $1,734.09 | $4,171.15 |
| **Total Delinquencies Due:** | | | **$13,086.64** |
| **TOTAL AMOUNT BILLED FOR THE YEAR 2019:** | | | **$17,138.54** |

| | |
|---|---|
| TOTAL TAXABLE VALUE: | $317,900 |
| GENERAL LEVY RATE PER $1000 OF VALUE: | 11.4854 |
| **CALCULATED GENERAL TAX:** | **$3,651.21** |

GENERAL PROPERTY TAX =
TOTAL TAXABLE VALUE / 1000 x LEVY RATE:

STATE FOREST PROTECTION REFUND: Owners of multiple parcels, under 50 acres each, who were charged a state forest patrol assessment, may be eligible for a refund.
TAX REDUCTION: If your property is damaged or destroyed, you may be eligible for reduced assessed value for taxes payable in the year that the loss occurred.
3-YEAR DEFERRAL: If you improve your single family residence by adding new rooms, decks, patios or other improvements, you may apply for a 3-year exemption from taxes on the physical improvement. YOU MUST APPLY FOR THE DEFERRAL BEFORE CONSTRUCTION IS COMPLETE.

For further information regarding possible tax reductions and exemptions, please call (253)798-6111, or go to www.piercecountywa.org/atr.

---



### 2019 SECOND HALF PAYMENT
Parcel Number: 2695004120

**PAY OR POSTMARK BY OCTOBER 31, 2019**

| TAX AREA CODE: | 515 |
| PARCEL LOCATION: | 176 TULE LAKE RD E |

DELINQUENT PAYMENTS RECEIVED WITHOUT INTEREST AND PENALTIES WILL BE RETURNED. (253) 798-6111.

INTEREST DATE:
**10/22/2019**

Enter Amount Enclosed ▶ $

**2019 Total Tax Amount Due**    **$15,112.59**

Place stub this side up in envelope so address shows through window.

2695004120
MAYS CHARLES & DARLA
176 TULE LAKE RD E
TACOMA WA  98445-1546

Make Checks Payable To:
PIERCE COUNTY FINANCE
P.O. BOX 11621
TACOMA, WA 98411-6621

1 0001511259 2695004120 5

---



### 2019 FIRST HALF PAYMENT
Parcel Number: 2695004120

**PAY OR POSTMARK BY OCTOBER 31, 2019**

| TAX AREA CODE: | 515 |
| PARCEL LOCATION: | 176 TULE LAKE RD E |

DELINQUENT PAYMENTS RECEIVED WITHOUT INTEREST AND PENALTIES WILL BE RETURNED. (253) 798-6111.

INTEREST DATE:
**10/22/2019**

Enter Amount Enclosed ▶  $

**Please pay one of the amounts below:**
Prior Years Plus 2019 Half Amount
2019 Full Tax Amount
2019 Half Tax Amount

Place stub this side up in envelope so address shows through window.

2695004120
MAYS CHARLES & DARLA
176 TULE LAKE RD E
TACOMA WA  98445-1546

Make Checks Payable To:
PIERCE COUNTY FINANCE
P.O. BOX 11621
TACOMA, WA 98411-6621

1 0000000000 2695004120 3



Pierce County Public Services Building
2401 South 35th Street Rm 142
Tacoma, WA 98409-7498
(253)798-6111
(800)992-2456 (outside local area, WA only)

Printed: 10/24/2019   2695004120

**Parcel Number:** 2695004120
**2019 Tax Information**
MAYS CHARLES & DARLA
176 TULE LAKE RD E
TACOMA WA  98445-1546

Printed By: ARICHAR

---



### 2019 SECOND HALF PAYMENT
Parcel Number: 2695004120

**PAY OR POSTMARK BY OCTOBER 31, 2019**

| | |
|---|---|
| **TAX AREA CODE:** 515 | |
| **PARCEL LOCATION:** 176 TULE LAKE RD E | |

DELINQUENT PAYMENTS RECEIVED WITHOUT INTEREST AND PENALTIES WILL BE RETURNED. (253) 798-6111.

**INTEREST DATE:** 10/22/2019

Enter Amount Enclosed ▶ $

**2019 Total Tax Amount Due**   $15,112.59

Place stub this side up in envelope so address shows through window.

2695004120
MAYS CHARLES & DARLA
176 TULE LAKE RD E
TACOMA WA  98445-1546

Make Checks Payable To:
PIERCE COUNTY FINANCE
P.O. BOX 11621
TACOMA, WA 98411-6621

1 0001511259 2695004120 5

---



### 2019 FIRST HALF PAYMENT
Parcel Number: 2695004120

**PAY OR POSTMARK BY OCTOBER 31, 2019**

**TAX AREA CODE:** 515
**PARCEL LOCATION:** 176 TULE LAKE RD E

DELINQUENT PAYMENTS RECEIVED WITHOUT INTEREST AND PENALTIES WILL BE RETURNED. (253) 798-6111.

**INTEREST DATE:** 10/22/2019

Enter Amount Enclosed ▶ $

**Please pay one of the amounts below:**
Prior Years Plus 2019 Half Amount
2019 Full Tax Amount
2019 Half Tax Amount

Place stub this side up in envelope so address shows through window.

2695004120
MAYS CHARLES & DARLA
176 TULE LAKE RD E
TACOMA WA  98445-1546

Make Checks Payable To:
PIERCE COUNTY FINANCE
P.O. BOX 11621
TACOMA, WA 98411-6621

1 0000000000 2695004120 3